**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-2425**

_____

ERIC PIERRE-LOUIS,

                                    Plaintiff - Appellant,

        versus

HARRIS TEETER, INCORPORATED,

                                    Defendant - Appellee.

DENTON & FERREBEE,

                                                    Movant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CA-98-2-2)

_____

Submitted:  April 15, 1999          Decided:  April 21, 1999

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Eric Pierre-Louis, Appellant Pro Se.  James Marion Powell, Lucretia Smith Guia, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, Greensboro, North Carolina; James Arthur Howard, II, Robin Jaffe Coghill, HOWARD & HOWARD, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Pierre-Louis appeals the district court's granting the defendant's Fed. R. Civ. P. 50(a) motion and directing a verdict in favor of the defendant in this employment discrimination suit alleging retaliation for engaging in protected activities. See 42 U.S.C. § 1981 (1994); see also 42 U.S.C. § 2000e-3(a) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Pierre-Louis v. Harris Teeter, Inc., No. CA-98-2-2 (E.D. Va. Sept. 11, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED